**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| MOHAMED SALAHELDIN SHARAWI, | No. 08-71453 |
| Petitioner, | Agency No. A020-812-153 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 19, 2010[**]

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

Mohamed Salaheldin Sharawi, a native and citizen of Egypt, petitions pro

se for review of the Board of Immigration Appeals' order dismissing his appeal

from an immigration judge's removal order. We have jurisdiction under

8 U.S.C. § 1252. We review for abuse of discretion the denial of a continuance,

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008) (per curiam), and we deny the petition for review.

The agency did not abuse its discretion in denying a continuance where Sharawi did not demonstrate good cause.  *See* 8 C.F.R. § 1003.29 (an IJ may grant a motion for a continuance for good cause shown); *Baires v. INS*, 856 F.2d 89, 92-93 (9th Cir. 1988).

Sharawi's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**